# United States Bankruptcy Court
# Central District Of California

255 East Temple Street, Los Angeles, CA 90012

## ORDER AND NOTICE OF DISMISSAL FOR FAILURE TO APPEAR AT 341(a) MEETING OF CREDITORS

**DEBTOR INFORMATION:**
Jimmy Galvan

**BANKRUPTCY NO.** 2:11–bk–11765–ER

**CHAPTER** 7

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–6414
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 4/28/11

**Address:**
37222 Del Mar St
Palmdale, CA 93552

The above debtor(s) has **FAILED TO APPEAR** for examination at the initial Section 341(a) meeting of creditors and any continuance thereof:

It is ordered:

1)   The case is dismissed, the automatic stay is vacated, and all pending motions and adversary proceedings are moot and dismissed.

2)   Any discharge entered in this case is hereby vacated in its entirety.

3)   The Court retains jurisdiction on all issues arising under Bankrupcty Code § 110, 329 and 362.

Dated: April 28, 2011

For The Court,
**Kathleen J. Campbell**
Clerk of Court

(Form van23a–odmwab VAN–23) Rev. 11/09

**25 / LLI**